Louis Bajus, Appellant, *v.* The Syracuse, Binghamton and New York Railroad Company, Respondent.

(Argued February 27, 1890; decided March 18, 1890.)

Appeal from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made January 19, 1889, which affirmed a judgment in favor of defendant entered upon an order nonsuiting plaintiff on trial.

*W. R. Goodelle,* for appellant.

*Louis Marshall* for respondent.

Agree to affirm ; no opinion.

All concur, excepting Ruger, Ch. J., not sitting, and Andrews, J., not voting.

Judgment affirmed.

---

Edwin McDonald, Appellant, *v.* Abram T. Van Horne, Committee, etc., Respondent.

(Argued January 14, 1890; decided March 18, 1890.)

Appeal from order of the General Term of the Supreme Court in the fourth judicial department, made November 9, 1886, which affirmed an order of the County Court of Otsego county, punishing plaintiff for contempt of court.

*R. M. Townsend* for appellant.

*James A. Lynes* for respondent.

Agree to affirm; no opinion.

All concur.

Order affirmed.